AUGUST 3, 1993

No. A–111 (O. T. 1993). SNYDER, WARDEN *v.* DESHIELDS. Application to vacate the stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied.

AUGUST 4, 1993

No. 92–8807. NGUYEN *v.* ELLSWORTH ASSOCIATES, INC. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 46.

AUGUST 9, 1993

No. A–32 (O. T. 1993). NIZNIK *v.* FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF ROCHESTER ET AL. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–1239. IN RE DISBARMENT OF MATAR. Disbarment entered. [For earlier order herein, see 507 U. S. 957.]

No. D–1274. IN RE DISBARMENT OF KRAEMER. Disbarment entered. [For earlier order herein, see 508 U. S. 970.]

No. D–1290. IN RE DISBARMENT OF LEATHERS. It is ordered that Karl Derwin Leathers, of Durham, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.